UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SERGIO ORNEGLAS-MORALES,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

CASE NO. 2:15-CV-01516-RBL

ORDER

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1) The Court adopts the Report and Recommendation.

(2) This matter is TRANSFERRED for all further proceedings to the District of Oregon.

(3) The Clerk is directed to send copies of this Order to plaintiff and to the Hon. David W. Christel.

Dated this 8th day of December, 2015.

Ronald B. Leighton
United States District Judge

ORDER - 1